| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Warren R. Brown |
| Debtor 2 (Spouse, if filing) | Jane E. Brown, *aka* Jane E Lally |
| United States Bankruptcy Court for the: | Southern District of Iowa (State) |
| Case number | 19-01066-lmj13 |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, National Association as Trustee for Option One Mortgage Loan Trust 2006-1, Asset-Backed Certificates, Series 2006-1, by PHH Mortgage Corporation

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXX8677

**Date of payment change:** 02/01/2022
Must be at least 21 days after date of this notice

**New total payment:** $ 1,354.18
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ❑ No
   X Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 293.30        New escrow payment: $ 389.08

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   X No
   ❑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%        New interest rate: _____%
   Current principal and interest payment: $ _____        New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   X No
   ❑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____
   Current mortgage payment: $ _____        New mortgage payment: $ _____

| Debtor 1 | Warren R. Brown | | | Case number (if known) 19-01066-lmj13 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

√ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ */s/ Wendee Elliott-Clement*      Date 12/22/2021
Signature

Print: Wendee Elliott-Clement     Title Attorney
       First Name   Middle Name   Last Name

Company: SouthLaw, P.C.

Address: 13160 Foster Suite 100
       Number    Street

Overland Park, KS 66213-2660
City    State    ZIP Code

Contact phone (913) 663-7600     Email iabksdecf@southlaw.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: ) | |
| ) | |
| Warren R. Brown and Jane E Brown, *aka* Jane E Lally, ) | |
| *Debtors* ) | Case No. 19-01066-lmj13 |
| ) | |
| ) | Chapter: 13 |
| Wells Fargo Bank, National Association as Trustee for Option ) | |
| One Mortgage Loan Trust 2006-1, Asset-Backed Certificates, ) | |
| Series 2006-1, by PHH Mortgage Corporation, *Creditor* ) | |
| ) | |
| vs. ) | |
| ) | |
| Warren R. Brown and Jane E. Brown, *aka* Jane E Lally, ) | |
| *Debtors* ) | |
| ) | |
| and ) | |
| ) | |
| Carol F. Dunbar, *Trustee* ) | |

## CERTIFICATE OF MAILING/SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was filed electronically on this December 22, 2021 with the United States Bankruptcy Court for the Southern District of Iowa, and shall be served on the parties in interest via email by the Court pursuant to CM/ECF as set out on the Notice of Electronic Filing as issued by the Court and shall be served by U.S. Mail, First Class, postage prepaid, on those parties directed by the Court on the Notice of Electronic Filing issued by the Court and as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court.

Warren R Brown
Jane E Brown
33015 Finestead Dr
Granger, IA 50109
**DEBTORS**

Samuel Z. Marks
4225 University Ave
Des Moines, IA 50311
**ATTORNEY FOR DEBTORS**

Carol F. Dunbar
2616 Orchard Drive Ste B
Cedar Falls, IA 50613
**TRUSTEE**

File No. 162312
Case No: 19-01066-lmj13

Deanna R Bachman
505 5th Ave
Ste 406
Des Moines, IA 50309
**ATTORNEY FOR TRUSTEE**

United States Trustee
Federal Blsg, Room 793
210 Walnut Street
Des Moines, IA 50309
**U.S. TRUSTEE**

SOUTHLAW, P.C.

*/s/ Wendee Elliott-Clement*

Wendee Elliott-Clement, AT0011311
13160 Foster Suite 100
Overland Park, KS 66213-2660
(913) 663-7600
(913) 663-7899 Fax
iabksdecf@southlaw.com
**Attorneys For Creditor**

File No. 162312
Case No: 19-01066-lmj13

| | PHH Mortgage Services |
|---|---|
| **PHH** MORTGAGE | P.O. Box 5452 |
| | Mt. Laurel, NJ 08054-5452 |

## Off-Scheduled Escrow Statement
**November 8, 2021**

Loan number: 7█████████

**Questions?**

**Visit us at**
**www.MortgageQuestions.com**
**Call toll free** 1-877-744-2506
**Fax** 1-856-917-8300

WARREN R BROWN
JANE E BROWN
33015 FINESTEAD DR
GRANGER, IA 50109-5579

### Why am I getting this statement?

In accordance with federal guidelines your escrow account is reviewed at least one time per year; however, certain circumstances may require an additional review. This statement is a result of that review known as an escrow analysis statement, which determines if sufficient funds are available to pay your taxes and/or insurance. This statement is a projection of your escrow account and may also include a history of the escrow activity on your loan since the time you last received an escrow analysis statement. The enclosed update follows notice of the account's involvement in a bankruptcy petition, filed on May 9, 2019 under chapter 13 of the Bankruptcy Code. This statement should be reviewed carefully. The mortgage payment may be affected. Please contact us at the number above if this account is not part of a Chapter 13 proceeding or plan. If this account has filed for any other Bankruptcy protection or received an Order of Discharge in a Chapter 7 bankruptcy case, or received any other discharge under the U.S. Bankruptcy Code that applied to the referenced property, please be advised that this Notice is for information purposes only and not intended as an attempt to collect a debt against you personally.

### What does this mean to me?

Because your escrow account is projected to have less money than is needed, there is a shortage of **$3,889.80.**

The monthly shortage for the next 60 months is **$64.83** and will automatically be added to your monthly payment beginning **February 2022.** Your new monthly payment for **February 2022** will be **$1,354.18.**

### What is a shortage?

A shortage is the difference between the **anticipated** escrow balance and the **required** escrow balance at the beginning of the analysis cycle. A shortage typically results from changes in taxes and/or insurance. Please refer to the enclosed FAQ for additional information.

| | |
|---|---|
| **Anticipated** escrow account balance (as of January 31, 2022): | -$ 13,476.21 |
| Escrow adjusted per Proof of Claim* | $10,883.41 |
| **Required** escrow account balance (as of January 31, 2022 ): | $1,297.00 |
| **Difference resulting in an escrow account shortage:** | **$3,889.80** |

*This amount reflects the adjustment made for the Bankruptcy Proof of Claim:

See reverse ➔

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.

Page 1 of 4

This space is intentionally left blank.

## What is my new monthly payment?

**The following table reflects your current monthly payment and new monthly payment:**

|  | Current Payment | New Payment with Shortage |
|---|---|---|
| Principal & Interest | $965.10 | $965.10 |
| Escrow Deposit | $293.30 | $324.25 |
| Escrow Shortage |  | $64.83 |
| **Total Payment** | **$1,258.40** | **$1,354.18** |

*If your payment is issued by a third party, or if you make payments through a bill pay service, then please make sure your new total monthly payment amount is updated with your service provider.*

## Payment Change Breakdown

Below are the escrow items we anticipate collecting for and paying on your behalf over the next 12 months. To calculate your new monthly escrow payment of $324.25, we added up the actual or estimated tax and insurance payments for the next 12 months beginning with the February 2022 payment and divided the total by 12. Included for the comparison are the Annual Payments we projected to pay during the **last analysis cycle**, as displayed in detail in the history portion of the escrow analysis statement.

| Description | Current Annual Payment | Projected Annual Payment |
|---|---|---|
| Taxes | $2,328.00 | $2,516.00 |
| Insurance | $1,192.00 | $1,375.00 |
| **TOTAL** | **$3,520.00** | **$3,891.00** |

## Prior Year Account History and Coming Year Projections

**This statement itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure and projects payments, disbursements and balances for the coming year.** The projections from your previous escrow analysis are included with the actual payments and disbursements for the prior year. By comparing the actual escrow payment with the previous projections listed, you can determine where a difference may have occurred. When applicable, the letter "E" beside an amount indicates that all or a portion of a payment or disbursement on that row has not yet occurred but is estimated to occur as shown. An asterisk (*) beside an amount indicates a difference from projected activity either in the amount or date.

Projections are included to ensure sufficient funds are available to pay your taxes and/or insurance for the coming year. Under Federal Law (RESPA) the lowest monthly balance in your escrow account should be no less than $648.50 or 1/6th of the total annual projected disbursement from your escrow account, unless your mortgage documents or state law specifies otherwise.

Your projected anticipated lowest account balance of $14,124.71- will be reached in November 2022. When subtracted from your minimum required balance of $648.50, an Escrow Shortage results in the amount of $3,889.80. These amounts are indicated with **LP**. You will receive an Annual Escrow Account Disclosure Statement reflecting the actual disbursements at the end of the next escrow analysis cycle. However, you should keep this statement for your own records for comparison. If you have any questions about this statement, please call our Customer Service Department toll free at **1-877-744-2506**.

### Change of name or address
If your contact information has changed, please give us the new information below.

| Name (first, middle, last) | | |
|---|---|---|
| Address (number and street) | | Suite no. |
| City | State | Zip code |
| Home telephone ( ) | Business telephone ( ) | Extension |
| E-mail address | | |



# Off-Scheduled Escrow Statement (continued)
November 8, 2021

WARREN R BROWN
JANE E BROWN
33015 FINESTEAD DR
GRANGER, IA 50109-5579

PHH Mortgage Services
P.O. Box 5452
Mt. Laurel, NJ 08054-5452

Loan number:

**Questions?**
Visit us at
www.MortgageQuestions.com
Call toll free 1-877-744-2506
Fax 1-856-917-8300

## Escrow account projections for the coming year

| Date | Description | Anticipated amounts paid into your escrow account ($) | Anticipated amounts paid out of your escrow account ($) | Anticipated escrow account balance ($) | Required escrow account balance ($) |
|---|---|---|---|---|---|
| | Opening balance | | | -13,476.21 | 1,297.00 |
| Feb 2022 | | 324.25 | | -13,151.96 | 1,621.25 |
| Mar 2022 | COUNTY TAX | 324.25 | 1,258.00 | -14,085.71 | 687.50 |
| Apr 2022 | | 324.25 | | -13,761.46 | 1,011.75 |
| May 2022 | | 324.25 | | -13,437.21 | 1,336.00 |
| Jun 2022 | | 324.25 | | -13,112.96 | 1,660.25 |
| Jul 2022 | | 324.25 | | -12,788.71 | 1,984.50 |
| Aug 2022 | | 324.25 | | -12,464.46 | 2,308.75 |
| Sep 2022 | COUNTY TAX | 324.25 | 1,258.00 | -13,398.21 | 1,375.00 |
| Oct 2022 | | 324.25 | | -13,073.96 | 1,699.25 |
| Nov 2022 | HAZARD INS. | 324.25 | 1,375.00 | -14,124.71 | 648.50 **LP** |
| Dec 2022 | | 324.25 | | -13,800.46 | 972.75 |
| Jan 2023 | | 324.25 | | -13,476.21 | 1,297.00 |
| **Total** | | **$3,891.00** | **$3,891.00** | | |

**LP** - indicates your required escrow lowest balance

## Prior year account History

| Date | Description | Amounts paid into your escrow account Anticipated ($) | Amounts paid into your escrow account Actual ($) | Amounts paid out of your escrow account Anticipated ($) | Amounts paid out of your escrow account Actual ($) | Escrow account balance Anticipated ($) | Escrow account balance Actual ($) |
|---|---|---|---|---|---|---|---|
| | Opening balance | | | | | 1,769.34 | -20,430.44 |
| Aug 2021 | | 293.33 | 293.33 | | | 2,062.67 | -20,137.11 |
| Sep 2021 | COUNTY TAX | 293.33 | 293.33 | 1,164.00 | 1,258.00* | 1,192.00 | -21,101.78 |
| Oct 2021 | HAZARD INS. | 293.33 | 293.33 | | 1,375.00* | 1,485.33 | -22,183.45 |
| Oct 2021 | HAZARD INS. | | | | 1,375.00* | 1,485.33 | -23,558.45 |
| Nov 2021 | HAZARD INS. | 293.33 | 9,495.58 E | 1,192.00 | E | 586.66 | -14,062.87 |
| Dec 2021 | | 293.33 | 293.33 E | | E | 879.99 | -13,769.54 |
| Jan 2022 | | 293.33 | 293.33 E | | E | 1,173.32 | -13,476.21 |
| Feb 2022 | | 293.33 | * | | | 1,466.65 | |
| Mar 2022 | COUNTY TAX | 293.33 | * | 1,164.00 | * | 595.98 | |
| Apr 2022 | | 293.33 | * | | | 889.31 | |
| May 2022 | | 293.33 | * | | | 1,182.64 | |
| Jun 2022 | | 293.33 | * | | | 1,475.97 | |
| Jul 2022 | | 293.33 | * | | | 1,769.30 | |
| **Total** | | **3,519.96** | **10,962.23** | **3,520.00** | **4,008.00** | | |



PHH Mortgage Services
P.O. Box 5452
Mt. Laurel, NJ 08054-5452

# ESCROW ANALYSIS BORROWER GUIDE
# FREQUENTLY ASKED QUESTIONS (FAQ)

### What's an escrow analysis?

The Real Estate Settlement Procedures Act, "RESPA", requires servicers perform an escrow analysis at least one time annually. Any increase or decrease to your annual property taxes and/or insurance premiums may cause the mortgage payment amount to change. We provide details of the annual analysis in the Escrow Account Statement. The statement details the most recent escrow review. You may receive more than one analysis in the year. There are a number of reasons for an interim escrow analysis. The most common reasons are:
- The loan was acquired from another servicer.
- A material change to insurance or tax amounts due.
- Changes which occur after closing.
- Change in Tax or Insurance due dates.

### How is the required escrow beginning account balance determined?

The required beginning escrow balance is made up of a cushion plus any prorated taxes and/or insurance needed to fulfill the anticipated disbursements for the next 12 months.

### Why did the monthly escrow payment change?

The monthly escrow payment is comprised of 1/12th of all anticipated annual disbursements. If there is an increase or decrease in the annual tax and/or insurance amounts the monthly escrow collection will change. Please refer to the escrow analysis for a more detailed explanation of the disbursement amounts.

### What's an escrow cushion?

An escrow cushion is the amount of money set aside in the escrow account to cover any unanticipated costs such as an increase in property taxes or insurance premiums and prevents the escrow balance from being overdrawn. An escrow cushion is held unless the mortgage documents or state law directs otherwise.

### If the escrow account has a surplus when will I receive the overage check?

If the escrow analysis resulted in an escrow surplus greater than $50.00 and the account is not more than 30 days past due (per RESPA, current is defined as the servicer receiving the borrower's payments within 30 days of the payment due date), has not been referred to foreclosure, and the account is not in bankruptcy at the time the escrow analysis is performed, an escrow refund check will either be included with the escrow analysis statement or sent under separate cover within 30 business days. Any surplus under $50.00 will be adjusted from the monthly escrow payment.

### How do I remove the escrow account?

Please contact customer service to request a review of the loan for escrow waiver eligibility. Please be advised that investor requirements may not allow the escrow account termination.

### How did you calculate the new escrow payment?

We list all possible disbursements or expenses such as property taxes or insurance premiums to be paid on your behalf for the next 12 months. We take the total and divide the amount by 12 payments. Total anticipated disbursements divided by 12 payments equals the Monthly Escrow Payment. Due to changes in property taxes or insurance premiums, it is possible the escrow account could end up with a balance which is less than the target cushion amount. This is referred to as a "Shortage". Any shortage of funds in the escrow account will be determined at the time of the escrow analysis. Additionally, it is possible the escrow account could end up with a balance which is greater than the required cushion amount. This is referred to as a "Surplus".

### If I want to send in funds to the escrow account, where do I send the payment?

You may direct a deposit of any amount solely to the escrow account using our pay by phone service, or Website. There may be fees associated with these payment services. You may also send in additional funds to escrow by mail. If by mail, then be sure to write the loan number on your check, specify "ESCROW application" on the memo line and mail to:
P.O. Box 371867
Pittsburgh, PA 15250-7867
Overnight mail: Attn: 37186
500 Ross Street 154-0470
Pittsburgh, PA 15250.

Once the escrow funds are received, the monthly escrow payment will be adjusted within 10 business days of posting.

Please be advised, if the escrow analysis discloses a shortage greater than one month's escrow payment, PHH cannot and does not require repayment of this amount and, instead, PHH has spread any shortage across the monthly escrow payments.

### What should I do if the loan is escrowed and I received a delinquent tax bill, tax exemption, or tax reduction notice?

Write the loan number on the correspondence and send it to us as follows:
PHH Mortgage Servicing
Attn: Tax Department
P.O. Box 24665
West Palm Beach FL 33416-4665
Fax 562-682-8880
Email: KanaTax@mortgagefamily.com

### What should I do if I received a check from my insurance carrier for property damage or have questions regarding an existing claim?

Please contact Assurant toll free 888-882-1815 Monday through Friday 8:00am - 9:00pm ET and Saturday 8:00am - 5:00pm ET.

### What should I do if I change insurance carriers?

Insurance policy information can be faxed to 937-525-4210 or uploaded to MyCoverage Website at mycoverageinfo.com/mortgagefamily or send via email to MortgageFamily@MyCoverageinfo.com. If you have any questions regarding your insurance policy information, please contact our Insurance customer care directly for further assistance at 888-882-1855, Monday through Friday, 8:00am - 9:00pm ET and Saturday 8:00am - 5:00pm ET.

### What do I do if the account was escrowed as a result of a delinquent tax payment notice and I have proof of payment?

Write your loan number on the correspondence and send it to us as follows:
PHH Mortgage Servicing
Attn: Tax Department
P.O. Box 24665
West Palm Beach FL 33416-4665
Fax 561-682-8880
Email: **Proofoftaxpayments@mortgagefamily.com**

To obtain additional information about the account, visit www.MortgageQuestions.com